JURYDEMAND

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:23−cv−00032−RAJ

Seattle School District No 1 v. Meta Platforms, Inc. et al  
Assigned to: Judge Richard A. Jones  
Cause: 28:1332 Diversity  

Date Filed: 01/06/2023  
Jury Demand: Plaintiff  
Nature of Suit: 240 Torts to Land  
Jurisdiction: Diversity  

**Plaintiff**

**Seattle School District No 1**  represented by  **Cari Campen Laufenberg**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101−3052
206−623−1900
Email: claufenberg@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Derek W Loeser**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101−3052
206−623−1900
Email: dloeser@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Felicia Craick**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101−3052
206−623−1900
Email: fcraick@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Garrett Heilman**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101−3052
206−623−1900
Email: gheilman@kellerrohrback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory C Narver , I**
SEATTLE SCHOOL DISTRICT #1

PO BOX 34165
MS 32–151
SEATTLE, WA 98124
206–252–0651
Fax: 206–252–0111
Email: gcnarver@seattleschools.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean N Kawamoto**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101–3052
206–623–1900
Email: dkawamoto@kellerrohrback.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Meta Platforms Inc**

**Defendant**

**Facebook Holdings LLC**

**Defendant**

**Facebook Operations LLC**

**Defendant**

**Meta Payments Inc**

**Defendant**

**Facebook Technologies LLC**

**Defendant**

**Instagram LLC**

**Defendant**

**Siculus Inc**

**Defendant**

**Snap Inc**

**Defendant**

**TikTok Inc**

**Defendant**

**ByteDance Inc**

**Defendant**

**Alphabet Inc**

**Defendant**

**Google LLC**

**Defendant**

**XXVI Holdings Inc**

**Defendant**

**YouTube LLC**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/06/2023 | Ï 1 | COMPLAINT against All Defendants with JURY DEMAND (Receipt # AWAWDC–7838927) Attorney Dean N Kawamoto added to party Seattle School District No 1(pty:pla), filed by Seattle School District No 1. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Alphabet Inc., # 3 Summons ByteDance Inc., # 4 Summons Facebook Holdings, LLC, # 5 Summons Facebook Operations, LLC, # 6 Summons Facebook Technologies, LLC, # 7 Summons Google LLC, # 8 Summons Instagram, LLC, # 9 Summons Meta Payments Inc., # 10 Summons Meta Platforms, Inc., # 11 Summons Siculus, Inc., # 12 Summons Snap Inc., # 13 Summons TikTok Inc., # 14 Summons XXVI Holdings Inc., # 15 Summons YouTube, LLC)(Kawamoto, Dean) (Attachment 1 replaced on 1/9/2023 due to malformed PDF) (CDA). (Entered: 01/06/2023) |
| 01/09/2023 | Ï | Judge John H. Chun added. (MJV) (Entered: 01/09/2023) |
| 01/09/2023 | Ï 2 | Summons(es) Electronically Issued as to defendant(s) Alphabet Inc, ByteDance Inc, Facebook Holdings LLC, Facebook Operations LLC, Facebook Technologies LLC, Google LLC, Instagram LLC, Meta Payments Inc, Meta Platforms Inc, Siculus Inc, Snap Inc, TikTok Inc, XXVI Holdings Inc, YouTube LLC (MJV) (Entered: 01/09/2023) |
| 01/10/2023 | Ï 3 | MINUTE ORDER: The Honorable John H. Chun recuses himself and the case is reassigned in rotation to the Honorable Richard A. Jones. All future pleadings shall bear the case number 2:23–cv–00032–RAJ. Authorized by Judge John H. Chun. (SB) (Entered: 01/10/2023) |
| 01/11/2023 | Ï 4 | STANDING ORDER for Civil Cases Assigned to Judge Richard A. Jones. (VE) (Entered: 01/11/2023) |
| 01/12/2023 | Ï 5 | NOTICE of Change of Address/Change of Name of Attorney Garrett Heilman. Filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/12/2023) |
| 01/17/2023 | Ï 6 | NOTICE of Pendency of Other Action in Northern District of California, case number(s) in other court MDL No. 3047 ; filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/17/2023) |
| 01/23/2023 | Ï 7 | AFFIDAVIT of Service of Summons and Complaint on Alphabet Inc. on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | Ï 8 | AFFIDAVIT of Service of Summons and Complaint on Facebook Holdings, LLC on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |

| 01/23/2023 | 9 | AFFIDAVIT of Service of Summons and Complaint on Facebook Operations, LLC on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
|---|---|---|
| 01/23/2023 | 10 | AFFIDAVIT of Service of Summons and Complaint on Instagram, LLC on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | 11 | AFFIDAVIT of Service of Summons and Complaint on Siculus, Inc. on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | 12 | AFFIDAVIT of Service of Summons and Complaint on XXVI Holdings Inc. on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | 13 | AFFIDAVIT of Service of Summons and Complaint on YouTube, LLC on 1/10/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | 14 | AFFIDAVIT of Service of Summons and Complaint on ByteDance Inc. on ~~1/11/2023~~ 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) Modified on 1/23/2023 correct date at request of filer (CDA). (Entered: 01/23/2023) |
| 01/23/2023 | 15 | AFFIDAVIT of Service of Summons and Complaint on Facebook Technologies, LLC on ~~1/11/2023~~ 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) Modified on 1/23/2023 correct date at request of filer (CDA). (Entered: 01/23/2023) |
| 01/23/2023 | 16 | AFFIDAVIT of Service of Summons and Complaint on Google LLC on ~~1/11/2023~~ 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) Modified on 1/23/2023 correct date at request of filer (CDA). (Entered: 01/23/2023) |
| 01/23/2023 | 17 | AFFIDAVIT of Service of Summons and Complaint on Meta Payments Inc. on ~~1/11/2023~~ 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) Modified on 1/23/2023 correct date at request of filer (CDA). (Entered: 01/23/2023) |
| 01/23/2023 | 18 | AFFIDAVIT of Service of Summons and Complaint on Meta Platforms, Inc. on 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | 19 | AFFIDAVIT of Service of Summons and Complaint on Snap Inc. on 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 01/23/2023 | 20 | AFFIDAVIT of Service of Summons and Complaint on TikTok Inc. on 1/12/2023, filed by Plaintiff Seattle School District No 1. (Heilman, Garrett) (Entered: 01/23/2023) |
| 02/27/2023 | 21 | MDL 3047 CONDITIONAL TRANSFER ORDER (CTO 3); in re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation; transferred to the Northern District of California; assigned to Judge Yvonne Gonzalez Rogers. (Attachments: # 1 Email re transfer) (LH) (Entered: 02/27/2023) |