Derek W. Loeser (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com

*Attorneys for Plaintiff Seattle School District No. 1*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Seattle School District No. 1 v. Meta Platforms, Inc. et al.,* Case No. 4:23-cv-00987 | Case No. 4:22-md-03047-YGR-TSH<br><br>MDL No. 3047<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Seattle School District No. 1, by and through its undersigned counsel, voluntarily dismisses its claims in this action without prejudice, without costs to any party.

DATED this 11th day of December, 2023.

KELLER ROHRBACK L.L.P.

By _/s/ Don Kawamoto_____
Dean Kawamoto (SBN 232032)
Cari C. Laufenberg (admitted *pro hac vice*)
Derek W. Loeser (admitted *pro hac vice*)
Garrett Heilman (admitted *pro hac vice*)
Felicia Craick (admitted *pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900

Fax (206) 623-3384
dkawamoto@kellerrohrback.com
claufenberg@kellerrohrback.com
dloeser@kellerrohrback.com
gheilman@kellerrohrback.com
fcraick@kellerrohrback.com

**SEATTLE PUBLIC SCHOOLS**
Gregory C. Narver (*pro hac vice*)
2445 3rd Avenue South
Seattle, WA 98134
Telephone: (206) 252-0651
Fax: (206) 252-0111
gcnarver@seattleschools.org

*Attorneys for Plaintiff Seattle School District No. 1*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

                                            */s/ Dean Kawamoto*
                                            Dean Kawamoto